

## AFFILIATED VETERINARY EMERGENCY SERVICE, P.C.
15220 Southfield Road
Allen Park, Michigan 48101
Ph: 313 389-1700   Fax: 313 389-1717

| | | |
|---|---|---|
| **Printed:** 11-16-21 | **Time:** 4:32a | **Client No:** 88752 |

**Owner:** BRAD BROCK          **Phone:** (734) 796-5544
**Street:** 7816 ROSEDALE
**City:**   Allen Park, MI 48101

**REF DVM:**

| | | |
|---|---|---|
| **Pet Name:** MOOSE | **Gender:** M | **Age:** 3Y |
| **Breed:** Mastiff Mix | **Color/Description:** Fawn | |

### Medical Report

**Date:** 11-16-21

BW: 99.4 lbs   T: 102.4   RR: 30 /min   HR: 200 /min   CRT: 5 sec   MM:   BCS: 6/9   PAIN: 4/4

**History:** MOOSE IS A 3 YEAR OLD MALE INTACT MASTIFF WHO PRESENTED WITH THE INKSTER POLICE AND OWNER AFTER BEING SHOT BY THE POLICE 4 TIMES. OWNER AND MOOSE WERE AT GAS STATION WHEN MOOSE WAS SHOT.

**Physical Exam:** HYDRATION STATUS 5% DEHYDRATION
DEPRESSED ALERT AND RESPONSIVE, LATERALLY RECUMBENT
NO DISCHARGE NOTED FROM EYES/NOSE/MOUTH
EYES: NO DISCHARGE, VISION APPEARS NORMAL
PUPILLARY LIGHT REFLEX NORMAL, PUPILS EQUAL SIZE
NOSE: NO DISCHARGE NOTED
EARS: NO SIGNIFICANT DEBRIS
MOUTH: PALE MUCOUS MEMBRANES
MENTATION: APPROPRIATE/APPEARS NORMAL
NEUROLOGICALLY APPROPRIATE
CARDIOVASCULAR: NO MURMUR OR ARRYTHMIAS NOTED, DECREASED HEART SOUNDS
BILATERALLY.
LUNGS: INCREASED LUNG SOUNDS AND CRACKLES NOTED ON RIGHT SIDE OF CHEST
ABDOMINAL/GI: SOFT NON PAINFUL
MUSCULOSKELETAL: NON AMBULATORY, LATERALLY RECUMBENT, SWELLING OF RIGHT FRONT LIMB
(NON WEIGHT BEARING)
INTEGUMENTARY: COAT SATURATED IN BLOOD. PROFUSELY BLEEDING FROM TWO PUNCTURE
WOUNDS ON NECK. PUNCTURE WOUND ON DORSAL NECK. PUNCTURE WOUND ON RIGHT EAR. OPEN
WOUND ON RIGHT LATERAL THORAX, OPEN WOUND ON VENTRAL STERNUM. OPEN WOUND ON RIGHT
LATERAL ELBOW, ACTIVELY BLEEDING. SWELLING OF RIGHT JOWEL.
LYMPH NODES: NO PERIPHERAL LYMPHADENOPATHY APPRECIATED
UROGENITAL: EXTERNAL GENITALIA APPEAR NORMAL, TESTICLES PALPABLE

**\*\*PICTURES WERE TAKEN OF WOUNDS UPON PRESENTATION**

**Assessment/Ruleouts:** PROBLEM: GUN SHOT WOUNDS, HEMORRHAGE, PNEUMOTHORAX

**DIAGNOSTICS:**
XRAYS: PNEUMOTHORAX NOTED IN CHEST WITH ELEVATION OF CARDIAC SILHOUETTE ON XRAY.
METAL OPACITY CONSISTENT WITH BULLET WITHIN CHEST REGION. FRACTURED RIGHT ELBOW WITH
BULLET LODGED IN ELBOW (OLECRANON PROCESS OF ULNA). ABDOMEN UNREMARKABLE.
AFAST - NO FREE FLUID PRESENT
CHEM15/CBC/LYTES - DECLINED

DX: GUN SHOT WOUNDS – PNEUMOTHORAX, HEMORRHAGE, FRACTURED ULNA

**Plan:** PE DISCUSSED WITH OWNER. INFORMED OF CRITICAL STATE AND RECOMMEND CRITICAL CARE ESTIMATE TO HELP STABILIZE. OWNER VERBALLY APPROVES OF ANY COST TO SAVE MOOSES LIFE. OWNER IS NOTABLY INTOXICATED IN HOSPITAL AND PUNCHING WALLS, ALLEN PARK POLICE WERE CALLED TO FACILITATE SITUATION SINCE INKSTER POLICED LEFT IMMEDIATELY AFTER DROPPING OFF DOG AND REFUSED TO GIVE ACCOUNT OF WHAT HAPPENED. OWNER RETURNED TO BUILDING AND VERBALLY APPROVED CONTINUED TREATMENT AND DIAGNOSTICS. INFORMED OF GUARDED PROGNOSIS AT THIS TIME, REFUSED TO SIGN ANYTHING, INFORMED THAT HE WOULD GO AND GET CASH. INFORMED THAT WE WOULD TRY TO STABILIZE AND GETS XRAYS, GET ESTIMATE FOR CONTINUED CARE, HOSPITALIZATION, AND SURGICAL REPAIR/ETC OF CURRENT WOUNDS. OWNER APPROVES.
PERFORMED XRAYS, INFORMED OWNER THAT MOOSE HAS A PNEUMOTHORAX AND WILL NEED CHEST TAPPED TO REMOVE GAS WITHIN. THERE IS BULLET IN HIS CHEST REGION AS WELL AS RIGHT ELBOW. HIS RIGHT ELBOW IS FRACTURED BUT THIS IS NOT LIFE THREATENING, WILL NEED SURGICAL REPAIR WITH ORTHOPEDIC SPECIALIST OR AMPUTATION, CAN ADDRESS LATER ONCE HE IS STABLE. IN ADDITION HE IS ACTIVELY BLEEDING FROM HIS NECK. HE WILL NEED TO HAVE THIS SURGICALLY EXPLORED WITH LIKELY SECONDARY PROCEDURES. AT THIS TIME DO NOT FEEL THAT HE IS STABLE ENOUGH AND MAY NEED BLOOD TRANSFUSION WITH HOW MUCH BLOOD HE LOST. OWNER GIVEN ESTIMATE AND WILL CALL BROTHER. OWNER VISITED WITH MOOSE IN ROOM UPON REQUEST, INFORMED THAT HE COULD PASS AWAY AT ANY TIME. THE LONGER WE GO WITHOUT INTERVENTION THE WORSE PROGNOSIS. OWNER CONSIDERING EUTHANASIA WHILE HE VISITS. MOOSE MOVED FOR OWNER IN ROOM AND COLLAPSED AND STARTED BLEEDING AGAIN, AND ELECTS FOR HUMANE EUTHANASIA TO PREVENT FURTHER SUFFERING.

IN HOSPITAL:
PLACED ON FLOW BY OXYGEN
PLACED IV CATHETER
1L BOLUS LRS
FENTANYL 200 MCG IV
CLIPPED AND CLEANED WOUNDS
PLACED BANDAGES OVER NECK, RIGHT ELBOW, AND RIGHT EAR FOR HEMOSTASIS WHILE OWNER APPROVES OF TREATMENT MOVING FORWARD.
AFTER OWNER APPROVAL, ADMINISTER PROPOFOL AND FATAL PLUS IV
CONFIRMED ASYSTOLE
OWNER ELECTS TO TAKE HOME FOR AFTER CARE.
PAW PRINT SENT HOME

OWNER HAS NO MONEY UPON CHECKING OUT, OWNER WILL RETURN TOMORROW WITH CASH TO PAY BILL. OWNER IS AWARE THAT NOT MEDICAL NOTES, XRAYS, OR PICTURES WILL BE SENT HOME UNTIL BILL IS PAID.

**Client Instructions:** PLEASE ACCEPT OUR SINCERE CONDOLENCES FOR THE LOSS OF MOOSE, IT WAS CLEAR HOW MUCH HE WAS LOVED AND ADORED. THE STAFF OF AFFILIATED VETERINARY EMERGENCY.

WE ARE HAPPY TO SEND COPY OF XRAYS, MEDICAL NOTES, AS WELL AS PHOTOS OF WOUNDS ONCE BILL IS PAID IN FULL FOR SERVICES RENDERED.

Elizabeth Woodworth, DVM and AVES Veterinary Team