# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

BRADLEY BROCK,

    Plaintiff,

Case No: 22-10500

Honorable Jonathan J.C. Grey

v.

MONTREAL CLARY,

    Defendant.

_____/

## OPINION AND ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE REPLY BRIEF

This matter is before the Court on Brock's motion for leave to file reply brief in support of his post-judgment motion for attorney fees. (ECF Nos. 93, 94.)[1] No response to the motion was filed. The Court finds that Brock has shown good cause for an extension of the filing deadline and consequently **GRANTS** Brock's motion for leave to file reply. (ECF Nos. 93, 94.)

**IT IS ORDERED** that Brock may file his response brief within one day of the filing of this Opinion and Order.

---

[1] The Court notes that the motion appears to erroneously have been filed twice on the docket, as ECF No. 93 and 94 appear to be identical motions. Consequently, the Court addresses both motions simultaneously.

**SO ORDERED**.

                                          **s/Jonathan J.C. Grey**
                                            Jonathan J.C. Grey
Date: May 12, 2025                     United States District Judge

## **Certificate of Service**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on May 12, 2025.

s/ **S. Osorio**
Sandra Osorio
Case Manager
